**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| GEICO Indemnity Company, ) | **Case No.: 2:24-CV-03532-DCN** |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STATUS UPDATE** |
| ) | **ON STATE LITIGATION** |
| ) | |
| vs. ) | |
| ) | |
| Zachary Mercier and Ethan Lomas, ) | |
| ) | |
| ) | |
| Defendants. ) | |

On November 19, 2024, this matter was stayed until the resolution of related state court litigation. The Court directed the parties to file a status report every 60 days. Defendant Mercier, having consulted with the other parties, files this joint report notifying the Court that the state court litigation is continuing and is in the discovery phase. No mediation has been held yet, but several experts have been disclosed, and the parties anticipate a trial date in the second half of 2025.

[*Signature Page to Follow*]

|  |  |
|---|---|
|  | **MORGAN & MORGAN, P.A.** |
|  | By:   /s/Jonathan Graham |
|  | Jonathan D. Graham |
|  | Federal Bar No. 13969 |
|  | E-Mail: jgraham@forthepeople.com |
|  | Telephone: (843) 947-6063 |
|  |  |
|  | James G. Biggart, II |
|  | Federal Bar No. 14195 |
|  | E-Mail: jbiggart@forthepeople.com |
|  | Telephone: (843) 973-5186 |
|  |  |
|  | Michael Cooper Klaasmeyer |
|  | Federal Bar No. 14272 |
|  | E-Mail: cooper.klaasmeyer@forthepeople.com |
|  | Telephone: (843) 973-5438 |
|  |  |
|  | 4401 Belle Oaks Drive, Suite 300, |
| Charleston, SC | North Charleston, SC 29405 |
|  |  |
| February 8, 2025. | *Counsel for Defendant Zachary Mercier* |