IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NO.: 2:24-CV-03532-DCN

| | |
|---|---|
| GEICO Indemnity Company, | ) |
| Plaintiff, | ) **STATUS REPORT** |
| | ) **ON STATE LITIGATION** |
| vs. | ) |
| Zachary Mercier and Ethan Lomas, | ) |
| Defendants. | ) |

On November 19, 2024, the Court stayed this matter until the resolution of the related state court litigation, with directions that the parties should file a regular status update. The parties file this joint report notifying the Court that the state court litigation continues in the discovery phase. No mediation has yet been held. Several experts have been disclosed, and the parties anticipate a trial date in the latter half of this year.

        **MORGAN & MORGAN, P.A.**

        By: /s/Jonathan D. Graham
        Jonathan D. Graham
        Federal Bar No. 13969
        E-Mail: jgraham@forthepeople.com
        4401 Belle Oaks Drive, Suite 300,
        North Charleston, SC 29405
        (843) 947-6063

        *Attorney for Plaintiff*

April 23, 2025.
Charleston, SC