IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| GEICO Indemnity Company, | ) | CASE NO.: 2:24-CV-03532-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT STATUS REPORT** |
| | ) | **ON STATE LITIGATION** |
| Zachary Mercier and Ethan Lomas, | ) | |
| | ) | |
| Defendants. | ) | |

On November 19, 2024, the Court stayed this matter until the resolution of the related state court litigation, with directions that the parties should file a regular status update. The parties file this joint report notifying the Court that the state court litigation continues in the discovery phase. No mediation has yet been held. Several experts have been disclosed and extensive discovery continues.

WHELAN MELLEN & NORRIS, LLC

By: /s/ROBERT W. WHELAN
Robert W. Whelan
Federal Bar No. 9242
E-Mail: robbie@whelanmellen.com
89 Broad Street
Charleston, SC 29401
(843) 998-7099
*Attorneys for Plaintiff*

MORGAN & MORGAN, P.A.

Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Attorneys for Defendants*

August 11, 2025
Charleston, South Carolina