IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| GEICO Indemnity Company,<br><br>        Plaintiff,<br><br>vs.<br><br>Zachary Mercier and Ethan Lomas,<br><br>        Defendant. | Case No.: 2:24-CV-03532-DCN<br><br>**JOINT STATUS REPORT** |

On November 19, 2024, the Court stayed this matter until the resolution of the related state court litigation, with directions that the parties should file a regular status update. The parties in the underlying matter are continuing to conduct discovery, while that action has been dismissed from the docket under SCRCP 40(j) to allow for additional discovery prior to trial.

MORGAN & MORGAN, P.A.

By: *s/Jonathan D. Graham*
Jonathan D. Graham
Federal Bar No.: 13969
James G. Biggart, II
Federal Bar No.: 14195
Michael C. Klassmeyer
Federal Bar No.: 14272
E-Mail: jgraham@forthepeople.com
E-Mail: jbiggart@forthepeople.com
E-Mail: cooper.klassmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite
Charleston, SC 29405
(846) 800-0365
*Attorney for Defendants*

WHELAN MELLEN & NORRIS, LLC

By: *s/ Robert W. Whelan*
Robert W. Whelan
Federal Bar No. 9242
E-Mail: robbie@whelanmellen.com
89 Broad Street
Charleston, SC 29401
(843) 998-7099
*Attorneys for Plaintiff*

January 14, 2026
Charleston, SC