IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| GEICO Indemnity Company,<br><br>Plaintiff,<br>v.<br><br>Zachary Mercier and Ethan Lomas,<br><br>Defendants. | Civil Action No. 2:24-cv-03532-DCN<br><br>**MOTION FOR CONSENT ORDER GRANTING RELIEF OF COUNSEL** |

**NOW COMES** Angus M. Lawton, counsel for Defendant Ethan Lomas ("Client"), respectfully moving this Court pursuant to the Local Civil Rules of the District of South Carolina for an Order relieving Angus M. Lawton as counsel of record in the above-captioned matter. In support of this Motion, Counsel states the following:

1. Counsel was initially retained to represent Client in connection with the above-captioned litigation.
2. For a number of reasons, Client has decided to represent himself pro se and proceed without the benefit of a licensed attorney.
3. Client has explicitly consented to the withdrawal of Counsel, as shown by the signed Affidavit of Ethan Lomas attached hereto as **Exhibit A**.
4. This withdrawal is not sought for purposes of delay, and the granting of this motion will not cause material adverse effects or unfair prejudice to the interest of the Client or any opposing party, as shown by the consent of the other parties to the litigation.
5. To allow the Court and other parties to communicate with Client, the Client's current, valid contact information is provided below:

**Name:** Ethan Lomas

**Mailing Address:** 1900 N Highway 17, APT M7, Mount Pleasant, SC 29464

**Telephone Number:** 864-752-7424

**Email Address:** elomas1999@gmail.com

6. Counsel has informed Client of all pending case deadlines.

**WHEREFORE**, Defendant Ethan Lomas and Lawton Law Firm jointly and respectfully request that the Court enter an Order relieving Angus M. Lawton and the Lawton Law Firm as counsel of record for Ethan Lomas, directing the Clerk of Court to remove Angus M. Lawton and Lawton Law Firm from the electronic notification system in this matter, and granting such other relief as the Court deems just and proper.

Dated this 11th day of September, 2026.

Respectfully submitted,

s/Angus M. Lawton
Angus M. Lawton, Esquire
496 Bramson Court, Suite 100
Mt. Pleasant, SC 29464
Tel: (843) 881-9901
angus@lawtonlawfirm.net

*Attorney for Ethan Lomas*

WE HEREBY CONSENT:

s/Jonathan Graham
Jonathan Graham., Esquire
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 29405
843-947-6063
jgraham@forthepeople.com

WE HEREBY CONSENT:

s/Robbie Whelan
Robbie Whelan, Esquire
Whelan Mellen & Norris, LLC
89 Broad Street
Charleston, SC 29401
843-998-7082
robbie@whelanmellen.com