IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

GEICO Indemnity Company,

Plaintiff,

v.

Zachary Mercier and Ethan Lomas,

Defendants.

Civil Action No. 2:24-cv-03532-DCN

**AFFIDAVIT OF ETHAN LOMAS**

1. My name is Ethan Lomas, and I am a named defendant in this case.
2. When this case was filed, I retained Charleston attorney Angus M. Lawton to act as my counsel in this matter.
3. For a number of reasons, I have decided that I do not wish to have an attorney in this case, and I want to proceed without counsel. I understand that this means that I will be moving forward as a pro se defendant (without the assistance of a licensed attorney).
4. I understand that it may be necessary for the Court and other parties to contact me about the proceedings in this case. Accordingly, I am setting out my contact information herein.

   Mailing address: 1900 N Highway 17, Apt M7, Mount Pleasant, SC 29464

   Email address: elomas1999@gmail.com

   Telephone number: 864-752-7424

5. I wish to have Mr. Lawton relieved as my counsel in this case, and I am asking that the Court issue an order relieving him as my attorney in this matter.

EL

FURTHER AFFIANT SAYETH NOT.

Ethan Lomas

Mount Pleasant, South Carolina

Dated: September 10, 2026

SWORN to and SUBSCRIBED before me
10th day of September, 2026

_______________________(SEAL)
Notary Public for South Carolina
My Commission Expires: 12/7/31

MELISSA A. ALTMAN
MY COMMISSION EXPIRES
NOTARY PUBLIC
DECEMBER 7, 2031
SOUTH CAROLINA