IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

GEICO Indemnity Company,

Plaintiff,

v.

Zachary Mercier and Ethan Lomas,

Defendants.

Civil Action No. 2:24-cv-03532-DCN

**CONSENT ORDER GRANTING RELIEF OF COUNSEL**

This matter comes before the Court upon the Motion of Defendant Ethan Lomas, with the consent of the other parties, for an Order Relieving Angus Lawton as Counsel for Defendant Ethan Lomas. In support of the Motion, Mr. Lomas and Mr. Lawton submitted an affidavit signed by Ethan Lomas, confirming that Mr. Lomas wants to relieve Mr. Lawton and proceed pro se.

The Court has reviewed the Motion, the affidavit, and the record in this matter to determine if the relief should be granted.

It appearing that Ethan Lomas and all other parties have consented to the Motion, and that the withdrawal will not cause material adverse effect or unfair prejudice to any party, the Court finds that the requested relief should be granted.

**IT IS THEREFORE ORDERED** that Angus M. Lawton and Lawton Law Firm, LLC are hereby relieved as counsel of record for Defendant Ethan Lomas in the above-captioned matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Angus M. Lawton and Lawton Law Firm, LLC from the electronic notification system for this case and shall update

the docket to reflect that Defendant Ethan Lomas is proceeding pro se unless and until substitute counsel appears.

**IT IS FURTHER ORDERED** that all future notices, pleadings, and other filings shall be served on Defendant Ethan Lomas at the following current contact information unless modified by later filing or order of the Court:

**Name:** Ethan Lomas

**Mailing Address:** 1900 N Highway 17, APT M7, Mount Pleasant, SC 29464

**Telephone Number:** 864-752-7424

**Email Address:** elomas1999@gmail.com

**IT IS FURTHER ORDERED** that Mr. Lawton serve a copy of this order on Mr. Lomas and file proof of service with the Clerk of Court.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

September 29, 2026
Charleston, South Carolina