IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| GEICO Indemnity Company, Plaintiff; vs. Zachary Mercier, Ethan Lomas Defendants. | ) | C/A No. 2:24-cv-03532-DCN-KFM **O R D E R** |

This case was filed by the plaintiff on June 14, 2024 (doc. 1). At the time the answer was filed on behalf of Ethan Lomas, he was represented by counsel (doc. 10). On November 19, 2024, the Honorable David C. Norton, United States District Judge, issued an order staying the instant matter until the underlying state court action concludes (doc. 18). The parties were warned that they had to file a status report regarding the state court litigation every 60 days, with the last status report filed April 2026 (doc. 24). However, Judge Norton issued an order on September 29, 2026, granting a motion to withdraw filed by counsel for Mr. Lomas (doc. 26). The order noted that Mr. Lomas was proceeding *pro se* (*id*.).

**TO THE PARTIES**:

By order entered November 19, 2024, the parties were instructed to submit status reports to the Court every 60 days regarding the underlying state court action (doc. 18). The last status report submitted was dated April 30, 2026, meaning that the parties are overdue for providing an updated status report to the court. As such, the parties are required to submit a joint status report regarding the underlying state court proceedings by **October 13, 2026**, and then resume filing status reports every 60 days as ordered by Judge Norton. The parties are warned that failure to file status reports as required could result in the entry of sanctions against the parties to this action.

**TO ETHAN LOMAS**:

Defendant Mr. Lomas is not represented by counsel in this matter at this time and is therefore proceeding *pro se.* You are directed that the United States District Court for the District of South Carolina has a website which contains a *Pro Se* (representing yourself) Guide with information on representing yourself in a civil action in this Court. *See* United States District Court District of South Carolina Homepage, http://www.scd.uscourts.gov (click “Pro Se,” then click “Guide”) (last visited September 29, 2026).

**Mr. Lomas is warned that failure to comply with the court’s orders (such as by submitting status reports as required) may result in severe sanctions, including the waiver and forfeiture to present or challenge evidence, the entry of default, and the entry of a default judgment. Mr. Lomas is further warned that failure to respond to orders of this court may result in the answer filed on his behalf being stricken and default entered against him without further warning of the court.**

Defendant Mr. Lomas must place the civil action number listed above (**2:24-cv-03532-DCN-KFM**) on any document provided to the Court pursuant to this Order. **Any future filings in this case must be sent to the address below: (250 East North Street, Room 2300, Greenville, South Carolina 29601).** All documents requiring your signature shall be signed with your full legal name written in your own handwriting. *Pro se* litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this Court, you are directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. You are further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

At this time, Mr. Lomas is a *pro se* litigant. Your attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing** (**250 East North Street, Room 2300, Greenville, South Carolina 29601**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, **your case may be dismissed for violating this Order.** Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket number of all pending cases you have filed with this Court. Your failure to do so will not be excused by the Court.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed must be served on parties. Unless otherwise ordered, service of filed documents on a party represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this Court is effected by the Court's Electronic Case Filing system through a computer generated notice of electronic filing. You must serve any non-represented parties with any documents you file subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

**TO THE CLERK OF COURT**:

The Clerk of Court is directed to mail Mr. Lomas a copy of this order and a copy of the public docket sheet for this action at the addresses provided in the motion to withdraw (doc. 26 at 2). The Clerk of Court shall not enter any change of address submitted by Mr. Lomas which directs that mail be sent to a person other than Mr. Lomas unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

IT IS SO ORDERED.

s/ Kevin F. McDonald
United States Magistrate Judge

September 30, 2026
Greenville, South Carolina

**The *pro se* defendant's attention is directed to the important WARNING on the following page.**

# IMPORTANT INFORMATION . . . .PLEASE READ CAREFULLY
# WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN, OR SHOULD BE REMOVED FROM, ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to ***ALL*** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d) (filings made under seal) and (e) (protective orders).