IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| GEICO Indemnity Company,<br><br>Plaintiff,<br>v.<br><br>Zachary Mercier and Ethan Lomas,<br><br>Defendants. | Civil Action No. 2:24-cv-03532-DCN<br><br>**ACCEPTANCE OF SERVICE** |

I, Ethan Lomas, hereby acknowledge and accept service of the Consent Order Granting Relief of Counsel for Angus M. Lawton as my attorney in the above captioned matter on the date set out below. I also acknowledge receipt of the Address Order that was filed by the Court on September 30, 2026.

Date: 10/1/26

Ethan Lomas

SWORN to and SUBSCRIBED before me this 1st day of October, 2026.

_______________(SEAL)
Notary Public for South Carolina
My Commission Expires: 12/7/31

MELISSA A. ALTMAN
MY COMMISSION EXPIRES
NOTARY PUBLIC
DECEMBER 7, 2031
SOUTH CAROLINA