IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NO.: 2:24-CV-03532-DCN-KFM

| | |
|---|---|
| GEICO Indemnity Company, Plaintiff, vs. Zachary Mercier and Ethan Lomas, Defendants. | **STATUS REPORT ON STATE LITIGATION** |

On November 19, 2024, the Court stayed this matter until the resolution of the related state court litigation, with directions that the parties should file a regular status update. Counsel for Mr. Lomas was recently relieved by order of this Court. The represented parties, Plaintiff GEICO Indemnity Company and Defendant Mercier file this joint status report.[1]

The state court litigation was temporarily dismissed pursuant to Rule 40(j) of the South Carolina Rules of Civil Procedure. The state litigation has since been restored to the active docket in the Dorchester County Court of Common Pleas as of June 5, 2026 (2026CP1801523). Mediation has not yet been held. Additional experts have been disclosed and discovery continues.

[*Signature Page to Follow*]

[1] The undersigned have knowledge of the status of the underlying litigation; Defendant Ethan Lomas, proceeding *pro se*, does not have independent knowledge of the underlying litigation. Thus, in the interest of efficiency, the represented parties submit this joint status report. If the Court wishes counsel to provide otherwise or if information beyond that in this status report is desired, the undersigned stand ready to adjust the report further.

By: /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
E-Mail: teamgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Attorney for Defendant Mercier*

*/s/ Robert W. Whelan*
Robert W. Whelan
Whelan Mellen & Norris, LLC
Federal Bar No. 9242
robbie@whelanmellen.com
89 Broad Street
Charleston, SC 29401
(843) 998-7099
*Attorney for Plaintiff GEICO*