IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
CIVIL ACTION NO.: 2:24-CV-03532-DCN-KFM

| | | |
|---|---|---|
| GEICO Indemnity Company, Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| Zachary Mercier and Ethan Lomas, Defendants. | ) | |

I hereby certify that I am an employee of Morgan & Morgan, P.A., that I am over 18 years of age, and that on October 8, 2026, I served a copy of the Joint Status Report for October (ECF # 33) to Ethan Lomas via U.S. Mail to his last known address of 1900 N. Highway 17, Apt. M7, Mount Pleasant, SC 29464.

Brandi Rhoads
Paralegal to Jonathan Graham, Esq.