Status Update 10/09/2026

Court Clerk,

No Status update as it pertains to myself, Ethan Lanes.

Civil Action Number - 2:24-cv-03532-DCN-KFM