Ethan Lomas
1900 N Hwy 17
Trickett Apartments, APT M7
Mount Pleasant, SC, 29464

COLUMBIA SC 290
10 OCT 2026PM 2 L

FOREVER USA

RECEIVED
OCT 13 2026
U.S. DISTRICT COURT
GREENVILLE, S.C.

ITEM X-R...
USMS
10-13-26

250 East North St.
Room 2300
Greenville, SC, 29601

29601-211250